UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERRY LANE, LLC | Case No.: 10-CV-02914-LHK |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| LEONILA PONO and MERELO PONO; and DOES 1 to 20, | |
| Defendants. | |

On August 20, 2010, this Court issued an order to Defendants to show cause why this action should not be 1) dismissed as moot, or 2) remanded to state court for lack of subject matter jurisdiction, as the action appeared to have been resolved in state court and did not arise under federal law. The Court ordered Defendants to file a response no later than August 30, 2010. Defendants have not responded to the order to show cause. Accordingly, the case is HEREBY DISMISSED as moot. The Clerk shall close the case and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: September 2, 2010

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1